**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC WASHINGTON**, *et al.*                                    **PLAINTIFFS**

**v.**                          **CASE NO. 3:24-CV-00220-BSM**

**CITY OF JONESBORO**, *et al.*                                    **DEFENDANTS**

**ORDER**

Cedric Washington's motion to dismiss his claims against defendants without prejudice [Doc. No. 33] is granted, and Cedric Washington is dismissed as a plaintiff. The clerk is directed to update the case style accordingly. The parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED this 24th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE