**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANIYA GLOVER, *et al.*** **PLAINTIFFS**

**v.** **CASE NO. 3:24-CV-00220-BSM**

**CITY OF JONESBORO, *et al.*** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of September, 2026.

UNITED STATES DISTRICT JUDGE